RECEIVED

APR 14 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

**Motion DENIED**

This the ___22nd___ day of _____April_____, 20_26_ .

_____
LOUISE W. FLANAGAN, United States District Judge

UNITED STATES DISTR___
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

UNITED STATES OF AMERICA                    PLAINTIFF

-VS-                              NO. 5:21-CR-257

MICHAEL JARRELL CHAPMAN                    DEFENDANT

### MOTION TO SCHEDULE AN EVIDENTIARY HEARING
### ON DEFENDANT'S REQUEST FOR SENTENCE REDUCTION

Comes the Defendant - Michael Jarrell Chapman, "pro se", and moves the Court to schedule an evidentiary hearing on his motion made pursuant to Amendment 821, FOR A two-point reduction in his criminal history category, that was filed in May of 2025, and for which the Government has filed no opposition.

WHEREFORE, the Court is requested to schedule this matter for an evidentiary hearing.

Respectfully submitted,

MICHAEL JARRELL CHAPMAN
Reg.No.53895-509
FCI - Gilmer
P O Box 6000
Glenville, WV  26351